| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Harrison Ross Byck, Esq.<br>Law Offices of Kasuri Byck, LLC<br>340 Route 1 North<br>Edison, NJ 08817<br>(732) 253-7630<br>(732) 253-7632 (Fax)<br>Email: lawfirm@kasuribyck.com<br>Bar ID: 026831988 | Order Filed on February 14, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Christopher R. Jennings<br>Eileen Jennings<br>Debtors | Case No.:  16-31918-CMG<br><br>Chapter:  7<br><br>Hearing Date:  February 13, 2018 10:00 a.m.<br><br>Judge:  Gravelle |

**ORDER GRANTING MOTION TO REOPEN CASE**

The relief set forth on the following page numbered two (2) through (2) is **ORDERED**.

**DATED: February 14, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court upon the Motion of Christopher R. Jennings and Eileen Jennings ("Debtors") for Entry of an Order reopening their Chapter 7 case for the limited purpose of Debtors being able to file an Amended Statement of Intention to indicate they are "surrendering" the parties' real property (the "Motion"), and the notice of the Motion having been given and served by Debtors upon the Trustee and all necessary parties, and the Court having considered the Motion, and after due deliberation, and good and sufficient cause appearing therefore, it is hereby ORDERED:

1. The relief requested in the Motion is GRANTED.

2. Debtors shall be allowed to file an Amended Statement of Intention form to indicate they are "surrendering" the parties' real property'y kj kp"32"f c{u'qh'vj g'gpvt{ 'qh'vj g'qtfgt0