UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Harrison Ross Byck, Esq.
Law Offices of Kasuri Byck, LLC
340 Route 1 North
Edison, NJ 08817
(732) 253-7630
(732) 253-7632 (Fax)
Email: lawfirm@kasuribyck.com
Bar ID: 026831988

Order Filed on February 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christopher R. Jennings

Eileen Jennings

Debtors

| | |
|---|---|
| Case No.: | 16-31918-CMG |
| Chapter: | 7 |
| Hearing Date: | February 13, 2018 10:00 a.m. |
| Judge: | Gravelle |

**ORDER GRANTING MOTION TO REOPEN CASE**

The relief set forth on the following page numbered two (2) through (2) is **ORDERED**.

**DATED: February 14, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court upon the Motion of Christopher R. Jennings and Eileen Jennings ("Debtors") for Entry of an Order reopening their Chapter 7 case for the limited purpose of Debtors being able to file an Amended Statement of Intention to indicate they are "surrendering" the parties' real property (the "Motion"), and the notice of the Motion having been given and served by Debtors upon the Trustee and all necessary parties, and the Court having considered the Motion, and after due deliberation, and good and sufficient cause appearing therefore, it is hereby ORDERED:

1. The relief requested in the Motion is GRANTED.

2. Debtors shall be allowed to file an Amended Statement of Intention form to indicate they are "surrendering" the parties' real property within 10 days of the entry of the order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-31918-CMG
Christopher R. Jennings                                                 Chapter 7
Eileen Jennings
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 15, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db/jdb         +Christopher R. Jennings,    Eileen Jennings,   23 Sturgis Road,    Edison, NJ 08817-4039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
           2006-24 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Harrison Ross Byck    on behalf of Joint Debtor Eileen    Jennings lawfirm@kasuribyck.com,
           kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
          Harrison Ross Byck    on behalf of Debtor Christopher R. Jennings lawfirm@kasuribyck.com,
           kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
                                                                                               TOTAL: 4